IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| **SELENA BARBER, ET AL.,**<br><br>    **Plaintiffs**<br><br>v.<br><br>**BALTIMORE LUTHERAN HIGH SCHOOL ASSOCIATION, INC. D/B/A CONCORDIA PREPARATORY SCHOOL, ET AL.**<br><br>    **Defendants** | **Case No.  1:21-CV-00691-RDB** |

## PARTIAL MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT

Defendant Baltimore Lutheran High School Association d/b/a Concordia Preparatory School ("CPS"), by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure 12 and 56, moves this Court for an Order dismissing Count I of the Plaintiffs' Amended Complaint, for violation of Title IX, or in the alternative for summary judgment in CPS' favor as to Count I, and for good cause states as follows:

1. This matter arises out of Plaintiffs' allegations of student-on-student sexual harassment and/or assault, and Defendant's response thereto, while Plaintiff A.G. was a student at CPS.  As to Plaintiffs' claims in Count I of the Amended Complaint, for violation of Title IX, such claims are subject to dismissal for lack of subject matter jurisdiction, as CPS is not a recipient of Federal financial assistance under Title IX.  Alternatively, as there are no disputes of material fact that CPS is not a recipient of Federal financial assistance, CPS is entitled to judgment as a matter of law with regard to Plaintiffs' claims in Count I in the Amended Complaint.

2. CPS hereby incorporates by reference the accompanying Memorandum of Law in support of Defendant's Partial Motion to Dismiss, or in the Alternative, for Summary Judgment, with the same force and effect as if it were fully restated herein.

WHEREFORE, for the reasons set forth herein, and in the accompanying Memorandum of Law, which is expressly incorporated by reference, CPS requests that the Court grant CPS' Motion, and dismiss Count I of the Plaintiffs' Amended Complaint, or in the alternative, enter judgment in CPS' favor as to claims in Count I of the Amended Complaint, and that the Court issue any and all other relief it deems just and appropriate.

Respectfully submitted,

| | |
|---|---|
| */s/Gregg E. Viola* | */s/Mark P. Johnson* |
| Gregg E. Viola (25737) | Mark P. Johnson (29091) |
| ECCLESTON & WOLF, P.C. | ECCLESTON & WOLF, P.C. |
| Baltimore-Washington Law Center | Baltimore-Washington Law Center |
| 7240 Parkway Drive, 4th Floor | 7240 Parkway Drive, 4th Floor |
| Hanover, MD 21076-1378 | Hanover, MD 21076-1378 |
| (410) 752-7474 (phone) | (410) 752-7474 |
| (410) 752-0611 (fax) | (410) 752-0611 (fax) |
| E-mail: viola@ewmd.com | E-mail: johnson@ewmd.com |
| *Attorney for Defendant* | *Attorney for Defendant* |

*/s/Eric M. Rigatuso*
Eric M. Rigatuso (27605)
ECCLESTON & WOLF, P.C.
Baltimore-Washington Law Center
7240 Parkway Drive, 4th Floor
Hanover, MD 21076-1378
(410) 752-7474 (phone)
(410) 752-0611 (fax)
E-mail: rigatuso@ewmd.com
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of January, 2022, copies of the foregoing were served via the Court's ECF System to:

>Justin Browne, Esq.
>Christina Graziano, Esq.
>Brian Ketterer, Esq.
>Ketterer Browne & Anderson
>336 S. Main Street, Suite 2A-C
>Bel Air, MD 21014
>justin@kbaattorneys.com
>christina@kbaattorneys.com
>brian@kbaattorneys.com
>*Attorney for Plaintiff*
>
>Brian S. Goodman, Esq.
>Goodman & Donohue LLC
>9199 Reisterstown Road, Suite 213 C
>Owings Mills, MD 21117
>brian@goodmandonohue.com

>/s/Eric M. Rigatuso
>Eric M. Rigatuso (Bar # 27605)