UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| **SELENA BARBER, et al.** | * | |
| *Plaintiffs,* | * | |
| v. | * | Case No.: 1:21-cv-00691-RDB |
| **BALTIMORE LUTHERAN HIGH SCHOOL ASSOCIATION d/b/a CONCORDIA PREPARATORY SCHOOL, et al.** | * | |
| | * | |
| *Defendants.* | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Selena Barber and A.G., a Minor, by and through her Parent and Next Friend Selena Barber, with this Stipulation signed by all parties who have appeared, hereby dismiss all claims and causes of action in the above-captioned matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). This dismissal applies only to this present case and has no bearing on any other cases.

Dated: July 6, 2023                    Respectfully submitted,

                                        /s/ Christina Graziano
                                        Christina Graziano *(admitted pro hac vice)*
                                        Justin Browne (Federal Bar No. 29164)
                                        Brian Ketterer *(admitted pro hac vice)*
                                        Ketterer, Browne & Associates, LLC
                                        336 S. Main Street
                                        Bel Air, Maryland 21014
                                        Phone: (855) 522-5297
                                        Facsimile: (855) 334-5626

APPROVED: 7/6/2023     /s/ -    Richard D. Bennett
                       **U.S. Senior District Judge**

Christina@KBAattorneys.com
Justin@KBAattorneys.com
Brian@KBAattorneys.com
*Attorneys for Plaintiffs*


/s/ Gregg E. Viola
Gregg E. Viola (Federal Bar No. 25737)
(signed by Christina Graziano with permission from Gregg E. Viola)
Eric M. Rigatuso (Federal Bar No. 27605)
Mark P. Johnson (Federal Bar No. 29091)
ECCLESTON & WOLF, P.C.
7240 Parkway Drive, 4th Floor
Hanover, MD 21076
Phone: (410) 752-7474
Facsimile: (410) 752-0611
viola@ewmd.com
rigatuso@ewmd.com
johnson@ewmd.com
*Attorneys for Defendant Baltimore Lutheran High School Association, d/b/a Concordia Preparatory School*


/s/ Brian S. Goodman
Brian S. Goodman (Federal Bar No. 03212)
(signed by Christina Graziano with permission from Brian S. Goodman)
Goodman & Donohue, LLC
9199 Reisterstown Road, Suite 213C
Owings Mills, MD 21117
brian@goodmandonohue.com
Phone: (443) 824-9659
*Attorneys for Defendant Southeastern District of the Lutheran Church-Missouri Synod*

2

**CERTFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of July 2023, a copy of the foregoing document was served via this Court's CM/ECF system to all counsel of record.

*/s/ Christina Graziano*
Christina Graziano *(admitted pro hac vice)*

3